NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLASH SEATS, LLC,**
*Plaintiff-Appellant,*

v.

**PACIOLAN, INC.,**
*Defendant-Appellee.*

---

2012-1053, -1093

---

Appeals from the United States District Court for the District of Delaware in case no. 07-CV-0575, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

Paciolan, Inc. moves for a 14-day extension of time, until February 27, 2012, to file its response brief. Flash Seats, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Brian T. Moriarty, Esq.
     Clement S. Roberts, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 0 1 2012

**JAN HORBALY**
**CLERK**